Mark Martel, State Bar No. 147970
Attorney At Law
425 Sherman Ave. #330
Palo Alto, CA 94306
Tel: (650) 470-2650
Fax: (650) 470-2654
e-mail: markmartel@aol.com

Attorney for Plaintiffs Estate of Fernando Cazares
and Maria Caballero

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of Fernando Cazares; Maria Caballero, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> San Mateo County; Mark Cody; Lisandro ) <br> Lopez; Greg Pitlock; and Does 1 through 25, ) <br> ) <br> ) <br> Defendants. ) <br>_____) | Case No. C06-1944 MJJ <br><br> **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> GRANTED |

**STIPULATION**

The initial Case Management Conference in this action is currently scheduled for June 20, 2006 before the Hon. Martin J. Jenkins. The Parties' Rule 26(f) Report and Joint Case Management Statement and Proposed Order are currently due on June 13, 2006. The Parties wish to continue these dates for the following reasons:

Defendant County of San Mateo was served with the complaint in this case on June 9, 2006. Plaintiffs have not yet served the three named individual defendants, and to date have been unable to locate Defendants Greg Pitlock and Mark Cody. Defendant Pitlock has apparently retired

Stipulation and Order Continuing -1- Case No. C06-1944 MJJ
Case Management Conference

and no longer lives in California, and Plaintiffs have been unable to determine whether Defendant Cody still works for the San Mateo County Sheriff's office. The Parties therefore need additional time to prepare their Rule 26(f) Report and Joint Case Management Statement.

Counsel for the Parties have conferred about alternate CMC dates, and are available on July 18, 2006. The next date on which Judge Jenkins and counsel for both parties are all available is August 15, 2006. The Parties therefore propose one of the following schedules for initial filings and the Case Management Conference:

| | |
|---|---|
| File Joint ADR Certification and Stipulation | June 27, 2006 or August 1, 2006 |
| File Rule 26(f) Report and Joint CMC Statement | July 11, 2006 or August 8, 2006 |
| Case Management Conference | July 18, 2006 or August 15, 2006 |

Dated: June 13, 2006

_____
Mark Martel, Attorney At Law
Attorney for Plaintiffs

Dated: June 13, 2006

OFFICE OF COUNTY COUNSEL
COUNTY OF SAN MATEO

By:_____
Timothy Fox, Deputy County Counsel
Attorney for Defendant San Mateo County

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the dates for the Parties to file their Joint ADR Certification and Stipulation, Rule 26(f) Report and Joint Case Management Conference Statement, and the date for the initial Case Management Conference be continued to the following dates:

| | |
|---|---|
| Joint ADR Certification and Stipulation | AUGUST 1, 2006 |
| Rule 26(f) Report and Joint CMC Statement | AUGUST 8, 2006 |
| Case Management Conference | AUGUST 15, 2006 at 2:00 p.m. |

Dated: 6/19/2006

_____
Hon. Martin J. Jenkins
Judge of the United States District Court

Stipulation and Order Continuing Case Management Conference -3- Case No. C06-1944 MJJ