```
 1  THOMAS F. CASEY III, COUNTY COUNSEL (SBN 47562)
    Carol L. Woodward, Deputy (SBN 84197)
 2  Timothy Fox, Deputy (SBN 190084)
    Hall of Justice and Records
 3  400 County Center, 6th Floor
    Redwood City, CA  94063
 4  Telephone: (650) 363-4762
    Fax:  (650) 363-4034
 5  E-mail: tfox@co.sanmateo.ca.us

 6  Attorneys for Defendant COUNTY OF SAN MATEO
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF FERNANDO CAZARES; MARIA CABALLERO,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>SAN MATEO COUNTY; MARK CODY; LISANDRO LOPEZ; GREG PITLOCK; and DOES 1 through 25,<br><br>　　　　　　Defendants. | Case No. C-06-1944 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>TRIAL DATE:  None |

1

The parties have agreed to extend the time for the defendants to file any response to the "Complaint for Damages" ("the Complaint") in this matter. Defendant County of San Mateo and any individual defendants as to whom service has either been effectuated or waived shall have to and including August 21, 2006 to file a response to the Complaint.

IT IS SO STIPULATED.

DATED: July 10, 2006

THOMAS F. CASEY III, COUNTY COUNSEL

By: /s/ _____
TIMOTHY FOX, Deputy

Attorneys for Defendant
COUNTY OF SAN MATEO

DATED: 7-7-06

LAW OFFICES OF MARK MARTEL

By: /s/ MARK MARTEL
MARK MARTEL

Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: 7/12/2006

_____
Hon. MARTIN J. JENKINS
United States District Judge