1  THOMAS F. CASEY III, COUNTY COUNSEL (SBN 47562)
   Carol L. Woodward, Deputy (SBN 84197)
2  Timothy Fox, Deputy (SBN 190084)
   Hall of Justice and Records
3  400 County Center, 6th Floor
   Redwood City, CA  94063
4  Telephone: (650) 363-4762
   Fax:  (650) 363-4034
5  E-mail: tfox@co.sanmateo.ca.us

6  Attorneys for Defendant COUNTY OF SAN MATEO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF FERNANDO CAZARES; MARIA CABALLERO,<br><br>            Plaintiffs,<br><br>     vs.<br><br>SAN MATEO COUNTY; MARK CODY; LISANDRO LOPEZ; GREG PITLOCK; and DOES 1 through 25,<br><br>            Defendants. | Case No. C-06-1944 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF STATUS CONFERENCE** |

– 1 –
STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF STATUS CONFERENCE

1  This matter is presently set for a further Status Conference on March 27, 2007 at 2:00 p.m.

2  Counsel for plaintiffs is obligated to appear before the San Mateo County Superior Court on the
3  same date (and potentially at the same time) for the hearings of several dispositive motions in a complex
4  multi-party case, *Qmect, Inc. v. Judson*, CIV 426631, with an April 23rd trial date and a two-week
5  estimate.

6  Counsel for plaintiff is also set for a jury trial in *Escobedo v. City of Redwood City*, N.D. Cal.
7  Case No. C-03-3204, for April 2, 2007 before the Honorable Charles R. Breyer.

8  Accordingly, plaintiffs respectfully request that the Court continue the Further Status Conference
9  to a date and time at the convenience of the Court.

10  Counsel for the defendants do not oppose a continuance, and join in the request.

11  IT IS SO STIPULATED.

12  DATED: March 22, 2007                THOMAS F. CASEY III, COUNTY COUNSEL

14                                        By: /s/ _____
                                              TIMOTHY FOX, Deputy

                                          Attorneys for Defendant
16                                        COUNTY OF SAN MATEO

18  DATED: March 22, 2007                LAW OFFICES OF MARK MARTEL

20                                        By: /s/ _____
                                              MARK MARTEL

21                                        Attorneys for Plaintiffs

23  IT IS SO ORDERED.
24  DATED:

26                                        Hon. MARTIN J. JENKINS
                                          United States District Judge

1     This matter is presently set for a further Status Conference on March 27, 2007 at 2:00 p.m.

2     Counsel for plaintiffs is obligated to appear before the San Mateo County Superior Court on the same date (and potentially at the same time) for the hearings of several dispositive motions in a complex multi-party case, *Qmect, Inc. v. Judson*, CIV 426631, with an April 23rd trial date and a two-week estimate.

    Counsel for plaintiff is also set for a jury trial in *Escobedo v. City of Redwood City*, N.D. Cal. Case No. C-03-3204, for April 2, 2007 before the Honorable Charles R. Breyer.

    Accordingly, plaintiffs respectfully request that the Court continue the Further Status Conference to a date and time at the convenience of the Court.

    Counsel for the defendants do not oppose a continuance, and join in the request.

    IT IS SO STIPULATED.

DATED: March 22, 2007      THOMAS F. CASEY III, COUNTY COUNSEL

By: /s/ _____
    TIMOTHY FOX, Deputy

Attorneys for Defendant
COUNTY OF SAN MATEO

DATED: March 22, 2007      LAW OFFICES OF MARK MARTEL

By: /s/ _____
    MARK MARTEL

Attorneys for Plaintiffs

    IT IS SO ORDERED.

DATED:

_____
Hon. MARTIN J. JENKINS
United States District Judge

1  This matter is presently set for a further Status Conference on March 27, 2007 at 2:00 p.m.

2  Counsel for plaintiffs is obligated to appear before the San Mateo County Superior Court on the
3  same date (and potentially at the same time) for the hearings of several dispositive motions in a complex
4  multi-party case, *Qmect, Inc. v. Judson*, CIV 426631, with an April 23rd trial date and a two-week
5  estimate.

6  Counsel for plaintiff is also set for a jury trial in *Escobedo v. City of Redwood City*, N.D. Cal.
7  Case No. C-03-3204, for April 2, 2007 before the Honorable Charles R. Breyer.

8  Accordingly, plaintiffs respectfully request that the Court continue the Further Status Conference
9  to ~~a date and time at the convenience of the Court.~~  MAY 22, 2007 AT 2:00 P.M.

10  Counsel for the defendants do not oppose a continuance, and join in the request.

11  IT IS SO STIPULATED.

12  DATED: March 23, 2007                    THOMAS F. CASEY III, COUNTY COUNSEL

14                                            By: /s/_____
                                                 TIMOTHY FOX, Deputy

                                              Attorneys for Defendant
                                              COUNTY OF SAN MATEO

18  DATED: March 23, 2007                    LAW OFFICES OF MARK MARTEL

19                                            By: /s/ *[signature]* MARK MARTEL
                                                 MARK MARTEL

                                              Attorneys for Plaintiffs

23  IT IS SO ORDERED.
24  DATED: 3/26/2007

                                              *[signature]*
                                              _____
                                              Hon. MARTIN J. JENKINS
                                              United States District Judge

– 2 –
STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF STATUS CONFERENCE