MARK MARTEL (SBN 147970)
**LAW OFFICES OF MARK MARTEL**
425 Sherman Avenue, Suite 330
Palo Alto, CA 94306
Telephone: (650) 470-2650
Fax: (650) 470-2655

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF FERNANDO CAZARES; MARIA CABALLERO,<br><br>       Plaintiffs,<br><br>vs.<br><br>SAN MATEO COUNTY; MARK CODY; LISANDRO LOPEZ; GREG PITLOCK; and DOES 1 through 25,<br><br>       Defendants. | Case No. C-06-1944 MJJ<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO CHANGE TIME TO COMPLETE ADR**<br><br>Civil L.R. 6-3; ADR L.R. 6-5 |

– 1 –
STIPULATED MOTION AND [PROPOSED] ORDER TO CHANGE TIME TO COMPLETE ADR

1  Pursuant to Local ADR Rule 6-5(a), plaintiffs request that the Court grant additional time to
2  mediate this matter.

3  By stipulation dated September 14, 2006, the parties mutually agreed to mediation as the form of
4  ADR under Civil L.R. 16-8 and ADR L.R. 3-5. The parties jointly requested that the Court set May 1,
5  2007 as the deadline for completion of ADR. On September 25, 2006, the Court accepted the stipulation
6  and made it an Order, appointing Randolph W. Hall as the mediator.

7  On March 7, 2007, the parties participated in an ADR conference call with the mediator. In
8  addition to a more general discussion of the issues involved in the case, the primary topic was the
9  difficulty of scheduling. At that time, plaintiff's counsel indicated that he was likely to be in trial in the
10 *Escobedo v. City of Redwood City* matter, with which the Court is already familiar. Nevertheless,
11 because the Court's order set May 1, 2007 as the deadline for completion of ADR, the parties tentatively
12 set the date of April 18, 2007 for the mediation of this matter.

13 At present, plaintiffs' counsel is still in trial in the *Escobedo v. Redwood City* matter. Moreover,
14 counsel for plaintiffs also has substantial motion practice over the upcoming weeks in a complex multi-
15 party case, *Qmect, Inc. v. Judson*, San Mateo County Superior Court Case No. CIV 426631; as well as an
16 appeal brief due in a complex civil rights case due on May 7.

17 Counsel for defendants is in agreement that mediating under these circumstances would be
18 unlikely to be productive at this time. Thus, counsel for the defendants do not oppose changing time
19 pursuant to Civil L.R. 6-3 and ADR L.R. 6-5, and concur in the request.

20 DATED: April 13, 2007                        LAW OFFICES OF MARK MARTEL

21
22                                              By: /s/ Mark Martel
                                                    MARK MARTEL
23
                                                Attorneys for Plaintiffs
24
25
26
27
28

– 2 –
STIPULATED MOTION AND [PROPOSED] ORDER TO CHANGE TIME TO COMPLETE ADR

IT IS SO STIPULATED.

DATED: April 13, 2007                                  THOMAS F. CASEY III, COUNTY COUNSEL

                                                       By: /s/ Timothy Fox
                                                              TIMOTHY FOX, Deputy

                                                       Attorneys for Defendant
                                                       COUNTY OF SAN MATEO

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The parties shall complete the mediation by June 29, 2007.  The Court's September 25, 2006 order referring the case to mediation remains effective in all other respects.

DATED:   4/16/2007

                                                       Hon. MARTIN J. JENKINS
                                                       United States District Judge

– 3 –
STIPULATED MOTION AND [PROPOSED] ORDER TO CHANGE TIME TO COMPLETE ADR