UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF FERNANDO CAZARES, ET AL., <br>     Plaintiff(s), <br> v. <br> SAN MATEO COUNTY, ET AL., <br>     Defendant(s). | Case No. C-06-1944 MJJ (JCS) <br><br> **NOTICE AND ORDER CONTINUING SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that, pursuant to the request of the district judge in this matter, the Settlement Conference previously scheduled for July 31, 2007, at 9:30 a.m., has been continued until **December 10, 2007, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Lead trial counsel shall appear at the Settlement Conference with the parties who have full authority to negotiate and settle the case.

**On or before November 26, 2007**, each party must deliver directly to Chambers a Confidential Settlement Conference Statement. This Statement should not be filed with the Clerk of the Court and need not be served upon the other parties.

The parties are directed to notify Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Settlement Conference. All other provisions of this Court's October 25, 2006 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: June 4, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge