Mark Martel, State Bar No. 147970
Attorney At Law
425 Sherman Ave. #330
Palo Alto, CA 94306
Tel: (650) 470-2650
Fax: (650) 470-2654
e-mail: markmartel@aol.com

Attorney for Plaintiffs Estate of Fernando Cazares
and Maria Caballero

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of Fernando Cazares; Maria Caballero,<br><br>Plaintiffs,<br><br>v.<br><br>San Mateo County; Mark Cody; Lisandro Lopez; Greg Pitlock; and Does 1 through 25,<br><br>Defendants. | Case No. C06-1944 MJJ<br><br>**ORDER RE. COPYING OF AUTOPSY PHOTOS** |

WHEREAS,

Plaintiffs' expert witnesses need copies of the autopsy photographs of Fernando Cazares in order to render complete opinions on issues in this case. Under California Code of Civil Procedure §129, a court order is required for the San Mateo County Coroner to make copies of the photographs. Plaintiffs therefore request that the Court sign this order allowing copying of the photographs, and release of the copies to the parties. Defendants do not oppose this request.

THEREFORE,

The Court hereby orders the Coroner of San Mateo County to reproduce all photographs of the autopsy of Fernando Cazares. The Coroner shall make two color copies of each photograph. Plaintiffs will receive one copy of each photograph; Defendants will receive the other copy of each

1  photograph.  The Coroner will have the two copies of each photograph available for pickup by
2  counsel for the parties by noon on Friday, November 9, 2007.
3  Read, considered and granted.
4  Dated: _____10/31/07_____



Hon. Martin J. Jenkins
United States District Court Judge

Order re. Copying of Autopsy Photos                                                          Case No. C06-1944 MJJ